# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>ISAAC RAFAEL JORGE ROMERO<br>*Defendant* | )<br>)<br>)<br>) Case No. 17-mj-20-gpg<br>)<br>)<br>) |

**ARREST WARRANT**

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ISAAC RAFAEL JORGE ROMERO, who are accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

    18 U.S.C. Section 1030(a)(4) (fraud and related activity in connection with computers)

        AND

    18 U.S.C. Section 2113(b) (bank robbery and incidental crimes)

Date: 11/17/2017

*Issuing officer's signature*

City and state: Grand Junction, CO

Gordon P. Gallagher, USMJ
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*